UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                     Case No. 20-11726-CSS
                                           Chapter 15

JOIE DE VIE, LLC                           Judge: Honorable Christopher S. Sontchi

    Debtor.
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL NOTICES

Heather A. DeGrave and the law firm of Walters Levine Lozano & DeGrave hereby enter their appearance as counsel for Creditor HERC Rentals, Inc for the limited purpose of receiving electronic notice of all proceedings, pleadings and papers in this proceeding.  The undersigned counsel hereby requests that the Clerk of Court add the Law Firm to the Court's CM/ECF Filing system for said Creditor.

Dated this 19th day of August, 2020.

                                              WALTERS LEVINE LOZANO & DEGRAVE
                                              Counsel for Creditor HERC Rentals, Inc.

                                              By: /s/ Heather A. DeGrave
                                              Heather A. DeGrave
                                              Florida Bar No. 756601
                                              601 Bayshore Blvd., Suite 720
                                              Tampa, Florida 33606
                                              Phone:  (813) 254-7474
                                              Fax:  (813) 254-7341
                                              Email:  hdegrave@walterslevine.com

1

2

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed the foregoing pleading using the Court's CM/ECF Filing system.

This 19th day of August, 2020.

/s/ Heather A. DeGrave
Heather A. DeGrave
Florida Bar No. 756601
